# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### SOUTHERN DIVISION

| | |
|---|---|
| REBA CHEA LOFTON,<br>　　　Plaintiff, | )<br>)<br>) |
| v. | )　　**JUDGMENT IN A CIVIL CASE**<br>)<br>)　　**CASE NO. 7:10-CV-30-D** |
| COMMISSIONER OF SOCIAL SECURITY,<br>　　　Defendant. | )<br>)<br>) |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that plaintiff has failed to comply with this court's order of August 2, 2010 [D.E. 37]. In that order, the court warned plaintiff that "the court WARNS that if plaintiff fails to meet any other deadlines, sanctions up to and including dismissal of her case will be imposed." Cf. Hathcock v. Navistar Infl Transp. Corp., 53 F.3d 36, 40-41 (4th Cir. 1995). In light of plaintiff's failure to comply, the action is DISMISSED without prejudice.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **OCTOBER 5, 2010** WITH A COPY TO:

Reba Chea Lofton (via USPS to 118 NW 23rd Street, Oak Island, NC 28465)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| October 5, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |